UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GRACIE BODO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRAD AND RENALDA ANGASAN, HUSBAND AND WIFE, IN PERSONAM; THE F/V NOVARUPTA, OFFICIAL NUMBER 1302767, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM;<br><br>　　　　　Defendants. | Case No. 2:22-cv-01377<br><br>AT LAW AND AT ADMIRALTY<br><br>**AMENDED SEAMAN'S COMPLAINT FOR WAGES AND PENALTIES – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916** |

COMES NOW the plaintiff and complains of the defendants, alleging upon information and belief as follows:

1. Plaintiff, Gracie Bodo, brings and maintains this action pursuant to 28 U.S.C. § 1333; 46 U.S.C. §§ 10601, 10602, and the general maritime law.

2. Plaintiff is a resident of the State of Minnesota. The in personam defendants are residents of the State of Alaska.

**AMENDED SEAMAN'S COMPLAINT FOR WAGES AND PENALTIES – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 1
CASE NO.**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Case 3:23-cv-00035-SLG    Document 41    Filed 11/27/23    Page 1 of 4

3. Plaintiff is a seaman and a ward of this Court and elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed without prepayment of costs or fees.

4. Defendants herein, Brad and Renalda Angasan, are husband and wife. On information and belief, the in personam defendants do business in the Western District of Washington.

5. The F/V Novarupta, official number 1302767 is a fishing vessel documented by the United States. On information and belief, said vessel will be found in the Western District of Washington during the pendency of this action. During all times herein mentioned said vessel was owned by the defendants and was engaged in maritime commerce.

6. Plaintiff worked as a deckhand aboard the defendant vessel during the Bristol Bay (Alaska) salmon season from June 28 to July 17, 2022.

7. Plaintiff was not given a written contract of employment as required by 46 U.S.C. §10601. She was given no accounting of the catch as required by 46 U.S.C. §10602.

8. Plaintiff was harassed and threatened by defendants and was essentially forced off the vessel. This constitutes constructive discharge.

9. Plaintiff was given only minutes to gather her gear and get off the boat. Some of her personal gear was left aboard the F/V Novarupta. Said gear has not been returned to the plaintiff nor has plaintiff been reimbursed for the value thereof. The value of the gear left onboard the vessel is approximately $100.

10. Plaintiff claims wages at the highest rate paid out of Naknek, AK, her port of engagement. Said wages are claimed to the end of the 2022 Bristol Bay salmon season.

**AMENDED SEAMAN'S COMPLAINT FOR WAGES AND PENALTIES – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 2
CASE NO.**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Case 3:23-cv-00035-SLG    Document 41    Filed 11/27/23    Page 2 of 4

1    11.    Plaintiff's wages have been demanded and denied. Plaintiff is entitled to double wages under the state laws of either Washington or Alaska; and/or punitive damages under the federal maritime law.

WHEREFORE, plaintiff prays judgment against the defendants as follows:

1. For a declaration that the plaintiff holds claim to a preferred maritime lien against the defendant vessel, her engines, machinery, appurtenances and cargo;

2. For arrest, condemnation and sale of the defendant vessel including her engines, machinery, appurtenances and cargo;

3. For earned and unearned wages at the highest rate paid for a similarly situated deckhand hired out of the port of Naknek, AK;

4. For double wage penalties under state law and/or punitive damages under the general maritime law;

5. For the return of plaintiff's personal gear left aboard the vessel or for reimbursement for the value thereof.

6. For pre-judgment interest on all claims as is in the law provided;

7. For costs of suit and reasonable attorney fees;

8. For such other and further relief, including punitive damages, as is met and just in the circumstances.

Dated this 27th day of November, 2023.

AMENDED SEAMAN'S COMPLAINT FOR WAGES AND PENALTIES – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 3
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington 98199
T (206) 729-5252 ♦ F (206) 729-1012

|   |   |
|---|---|
| 1 | LAW OFFICE OF JOHN MERRIAM |
| 2 | By: */s/ John W. Merriam* |
| | John W. Merriam, WSBA #12749 |
| 3 | 4005 20th Avenue West, Suite 110 |
| | Seattle, WA   98199 |
| 4 | Telephone:  (206) 729-5252 |
| | Fax:  (206) 729-1012 |
| 5 | Email:  john@merriam-maritimelaw.com |
| | *Attorney for Plaintiff* |

I am the attorney for the plaintiff in this action and have knowledge of the matters asserted in the above complaint based upon information provided by the plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the allegations of the above complaint are true and correct to the best of my knowledge and belief.

DATED at Seattle, Washington this 27th day of November, 2023.

*/s/ John W. Merriam*
John W. Merriam

AMENDED SEAMAN'S COMPLAINT FOR WAGES AND PENALTIES – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 4
CASE NO.

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

Case 3:23-cv-00035-SLG    Document 41    Filed 11/27/23    Page 4 of 4