IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRACIE BODO,<br><br>        Plaintiff,<br>  v.<br><br>BRAD ANGASAN, *et al.*,<br><br>        Defendants. | Case No. 3:23-cv-00035-SLG |

### ORDER RE MOTION FOR PARTIAL SUMMARY JUDGMENT

At Docket 38, Plaintiff Gracie Bodo filed a second Motion for Partial Summary Judgment. Defendants responded with opposition to the motion at Docket 40 to which Plaintiff filed a reply at Docket 42. Oral argument was not requested and was not necessary to the Court's determination of the motion.

The Court set out the background of this case and the legal standard for summary judgment in its August 21, 2023, order that denied Plaintiff's first motion for partial summary judgment. This second motion exhibits many of the same problems as the first motion. Clearly, the parties dispute the amount of compensation to which Ms. Bodo is entitled for her work on the F/V/ Novarupta in June 2022. While it appears clear to the Court that Ms. Bodo is entitled to some compensation for the work she performed on the vessel, it is also clear from the parties' competing declarations that there is a genuine dispute of material fact as to the amount of compensation that is owing to her. As such, the motion for partial summary judgment

at Docket 38, that asserts an entitlement to a 10% crewshare, is DENIED.

Given that the parties' settlement efforts to date have proven unsuccessful, the most expeditious and economical way to resolve this dispute would appear to be through a short bench trial. Accordingly, a telephonic scheduling hearing shall be held on **January 16, 2024, at 8:30 a.m.** All parties shall participate telephonically by dialing 571-353-2301 (Call ID 020262828, Pin 487051) approximately five minutes before the scheduled hearing time.

DATED this 28th day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00035-SLG, *Bodo v. Angasan*
Order re Motion for Partial Summary Judgment
Page 2 of 2
Case 3:23-cv-00035-SLG   Document 43   Filed 12/28/23   Page 2 of 2