# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| GRACIE BODO<br>*Plaintiff*<br>v.<br>BRAD ANGASAN, RENALDA ANGASAN, and THE F/V NOVARUPTA, Official Number 1302767, her engines, machinery, appurtenances, and cargo, in rem<br>*Defendants* | Civil Action No. 3:23-cv-00035-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiff Gracie Bodo, recover of defendants BRAD ANGASAN, RENALDA ANGASAN, and THE F/V NOVARUPTA, Official Number 1302767, her engines, machinery, appurtenances, and cargo, in rem, the sum of $14,032.63.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: May 14, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*